No. 240, Misc.  DOHIHARA *v.* MACARTHUR ET AL., 338 U. S. 197; and

No. 248, Misc.  KIDO ET AL. *v.* MACARTHUR ET AL., 338 U. S. 197.  Rehearing denied.  MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

JANUARY 10, 1949.

No. 191.  SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES ET AL. *v.* LILLEFLOREN ET AL.

*Per Curiam:* It appearing that there is a non-federal ground, independent of the federal ground, and adequate to support the judgment of the lower court, the case is dismissed for want of jurisdiction. *Fox Film Corp.* v. *Muller,* 296 U. S. 207; *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52.  *Russell E. Parsons* argued the cause for petitioners.  With him on the brief was *Harold W. Kennedy.  Herbert S. Thatcher* and *David Sokol* argued the cause for respondents. ' With *Mr. Thatcher* on the brief were *Henry G. Bodkin, J. Albert Woll* and *James A. Glenn* for Lillefloren et al., respondents; and *Mr. Sokol* filed a brief for Sylvane et al., respondents. *John C. Stevenson* and *Mathew O. Tobriner* filed a brief for the California State Federation of Labor, as *amicus curiae,* urging that the case be dismissed.

No. 455.  CORNELIUS *v.* JACKSON.  *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Francis Stewart* for appellant.